IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEFFREY STARK,

    Plaintiff,

v.                            Case No. 1:17cv63-MW/GRJ

DEPARTMENT OF CHILD SUPPORT,
et al.,

    Defendants.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 5. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for lack of subject matter jurisdiction and failure to state a claim." The Clerk shall close the file.

**SO ORDERED** on April 10, 2017.

                                              s/Mark E. Walker           
                                              **United States District Judge**